E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
 Special Assistant United States Attorney
 Office of Program Litigation, Office 7
 Office of the General Counsel
 Social Security Administration
 6401 Security Boulevard
 Baltimore, MD 21235
 Tel: (510) 970-4853
 Fax: (415) 744-0134
 E-mail: Paul.Sachelari@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VICTORIA ALEXIS SEIFERT, | Case No.  2:23-cv-06928-JC |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

///

///

1         The Court having approved the parties' Stipulation to Remand for Further

2    Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of

3    Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with

4    the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**

5    **ADJUDGED AND DECREED** that the above-captioned action is remanded to the

6    Commissioner of Social Security for further proceedings consistent with the terms

7    of the Stipulation to Remand.

8         The Clerk of the Court is directed to enter a final judgment in favor of

9    Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

10        IT IS SO ADJUDGED.

11   DATED:    February 27, 2024

12                                /s/

13                        HON. JACQUELINE CHOOLJIAN
                     UNITED STATES MAGISTRATE JUDGE