LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| VICTORIA ALEXIS SEIFERT,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>        Defendant. | Case No:  2:23-cv-06928-JC<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE:   March 27, 2024

                                        /s/
                          HONORABLE JACQUELINE CHOOLJIAN
                          UNITED STATES MAGISTRATE JUDGE